IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

RANDY WILMOTH MEETZE                                                                PLAINTIFF

VS.                                                          CIVIL ACTION NO. 3:21-cv-21-CWR-FKB

RON KING, et al.                                                                      DEFENDANT

REPORT AND RECOMMENDATION

This action is before the Court on the *sua sponte* Show Cause Order [47] issued on February 18, 2022, to which the Plaintiff has failed to respond. Also before the Court are the Motion for Summary Judgment Based on Failure to Exhaust Administrative Remedies [41] filed by Defendants Ron King and James Miller and the Motion to Dismiss Based on Plaintiff's Failure to Exhaust [43] filed by Defendants John Farmer, M.D., Lawrence Sutton, and David Quarles. Plaintiff filed no response in opposition to either motion.

As Plaintiff has failed to comply with the show cause order [47], the undersigned recommends that Plaintiff's case be dismissed without prejudice due to failure to prosecute in accordance with Fed. R. Civ. P. 41(b) and that the pending summary judgment motions ([41], [43]) be terminated as moot in light of the dismissal.

The parties are hereby notified that failure to file written objections to the proposed findings, conclusions, and recommendation contained within this report and recommendation within fourteen (14) days after being served[1] with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the proposed factual findings and legal conclusions

---

[1] Pursuant to Fed. R. Civ. P. 5(b)(2)(C), mailing a copy of this Report and Recommendation to Plaintiff's last known address is sufficient to serve Plaintiff with this order. The undersigned's staff shall mail this order to Plaintiff at the last known address provided to the Court, as indicated on the Court's docket.

1

accepted by the district court. 28 U.S.C. § 636; Fed. R. Civ. P. 72(b); *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

      RESPECTFULLY SUBMITTED, this the 20th day of April, 2022.

                                     /s/ F. Keith Ball
                                  UNITED STATES MAGISTRATE JUDGE