IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**RANDY WILMOTH MEETZE**                                                     **PLAINTIFF**

**V.**                                                    **CAUSE NO. 3:21-CV-21-CWR-FKB**

**RON KING, et al.**                                                      **DEFENDANTS**

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (R&R). Docket No. 48. The R&R recommended dismissing this case without prejudice due to the plaintiff's failure to prosecute. Accordingly, it also recommended that the Court terminate as moot the outstanding motion for summary judgment for failure to exhaust administrative remedies [Docket No. 41] and motion to dismiss based on plaintiff's failure to exhaust [Docket No. 43]. The Report and Recommendation notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id.* at 1-2.

This Court, finding that there has been no submission of written objections by either party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, this case is dismissed. A separate Final Judgment will issue this day.

**SO ORDERED**, this the 23rd day of May, 2022.

                                              s/ Carlton W. Reeves
                                              UNITED STATES DISTRICT JUDGE